Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of IOWA

CENTRAL Division

| | |
|---|---|
| CODY RAY LEVEKE <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> HEARST TELEVISION INC., <br> KCCI-TV, <br> UNIDENTIFIED ENTITIES #1-10, <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes   ☐ No <br><br> RECEIVED <br> MAY 0 2 2024 <br> CLERK U.S. DISTRICT COURT <br> SOUTHERN DISTRICT OF IOWA |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | CODY RAY LEVEKE |
   | Street Address | 3914 BOWDOIN STREET |
   | City and County | DES MOINES        POLK COUNTY |
   | State and Zip Code | IOWA, 50313 |
   | Telephone Number | (515) 497-0982 |
   | E-mail Address | DRLEVKE@GMAIL.COM |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | HEARST TELEVISION INC. |
| Job or Title (if known) | |
| Street Address | 300 WEST 57TH STREET |
| City and County | NEW YORK    NEW YORK COUNTY |
| State and Zip Code | NEW YORK 10019 |
| Telephone Number | (212) 649-2030 |
| E-mail Address (if known) | NATHANIEL.BOYER@HEARST.COM |

**Defendant No. 2**

| | |
|---|---|
| Name | KCCI-TV |
| Job or Title (if known) | |
| Street Address | 888 9TH STREET |
| City and County | DES MOINES    POLK COUNTY |
| State and Zip Code | IOWA, 50309 |
| Telephone Number | (515) 247-8888 |
| E-mail Address (if known) | NEWS@KCCI.COM |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Not Applicable

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* CODY RAY LEVEKE, is a citizen of the State of *(name)* IOWA.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b. If the defendant is a corporation

The defendant, *(name)* HEARST TELEVISION INC. , is incorporated under the laws of the State of *(name)* unknown at this time , and has its principal place of business in the State of *(name)* NEW YORK .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Damages exceeding $75,000 are warranted due to the severe harm inflicted on the Plaintiff's reputation, livelihood, and personal well-being. Such false accusations have lead to irreparable damage to the Plaintiff's reputation, resulting in significant emotional distress, social stigma, and damage to personal relationships. Moreover, the nature of the false allegations, particularly involving sexual misconduct, have exacerbated the severity of the harm suffered by the Plaintiff, warranting substantial compensation to mitigate the resulting damages and restore the Plaintiff's reputation and dignity.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The Plaintiff, brings this action against the Defendants, for defamation arising from false and damaging statements published by the Defendants.

2. The Defendants published news stories falsely claiming that:
"A federal indictment said Leveke, who also goes by the name Cody Meyer, was convicted of third-degree sexual abuse in Polk County in 2004, requiring him to register as a sex offender in his current state."

3. These statements are wholly false and defamatory, as the Plaintiff has never been convicted of any such offense, nor was he required to register as a sex offender, in Arizona or Iowa at the time the stories were created, nor currently. No federal indictment exists that states what the defendant claims is true.

4. These defamatory statements were communicated to third parties by the Defendant, and the Defendant continues to seek out new third parties to distribute the false statements to, and refuses to correct the false statement, despite requests by the Plaintiff to do so.

5. The Defendants has contacted the Plaintiff and offered to stop publishing the false statement only upon agreement that the Plaintiff "sign a full release of all claims [] against Hearst".

6. The Defendants distributed this false information in an attempt for monetary gain

6. The false publication by the Defendant has caused irreparable harm to the Plaintiff's reputation, resulting in significant emotional distress, social stigma, and damage to personal relationships.

7. The Plaintiff has incurred damages in excess of $75,000 to compensate for the harm inflicted upon his reputation and to deter similar egregious conduct in the future.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully requests that this Honorable Court grant judgment against the Defendant for damages in excess of $75,000 and any further relief that the Court deems just and proper.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/02/2024

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  CODY RAY LEVEKE

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____