| Query | Reports | Utilities | Help | Log Out |

RECEIVED
MAY 0 2 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## U.S. District Court
### Southern District of Iowa (Central)
### CIVIL DOCKET FOR CASE #: 4:24-cv-00152-SHL-WPK

Leveke v. Hearst Television INC. et al
Assigned to: Judge Stephen H. Locher
Referred to: Magistrate Judge William P. Kelly
Case in other court: IASD, 4-23-cv-270
Cause: ~~42:1983 Civil Rights Act~~ 28 U.S.C. § 1332(a)(1) Diversity of Citizenship

Date Filed: 05/02/2024
Jury Demand: ~~None~~ yes
Nature of Suit: ~~440 Civil Rights: Other~~ Assault 320 Libel/Slander
Jurisdiction: Federal Question

**Plaintiff**

Cody Ray Leveke                 represented by Cody Ray Leveke
                                                3914 Bowden Street [Bowdoin]
                                                Des Moines, IA 50313
                                                PRO SE

V.

**Defendant**

Hearst Television INC.

**Defendant**

KCCI-TV

**Defendant**

John Does 1-10

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2024 | 2 | MOTION for Leave to Proceed in forma pauperis by Cody Ray Leveke. (btg) (Entered: 05/02/2024) |
| 05/02/2024 | 1 | COMPLAINT against All Defendants, filed by Cody Ray Leveke. Notice of Dismissal for lack of Service deadline set for 7/31/2024. Rule 16 Notice of Dismissal set for 7/31/2024. (btg) (Entered: 05/02/2024) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 05/03/2024 10:39:45 |||
| PACER Login: | drleveke | Client Code: |
| Description: | Docket Report | Search Criteria: | 4:24-cv-00152-SHL-WPK Start date: 1/1/1980 End date: 5/3/2024 |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CODY RAY LEVEKE

### DEFENDANTS
HEARST TELEVISION INC, KCCI-TV
UNIDENTIFIED ENTITIES #1-10

**(b)** County of Residence of First Listed Plaintiff: **POLK, IA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **NEW YORK, NY**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro-Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[ ] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [✓] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT

Selected: **320 Assault, Libel & Slander**

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332(a)(1) Diversity of Citizenship

Brief description of cause:
Defamation for false claims the Grand Jury found 3rd Degree Sexual Abuse conviction, and Sex Offender Registration Requirements

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ excess of $75,000
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: Jarvey
DOCKET NUMBER: 4:20-CR-00011 (S. D. Iowa)

DATE: May 3, 2024
SIGNATURE OF ATTORNEY OF RECORD: Cody Ray Leveke Pro-Se

FOR OFFICE USE ONLY
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

RECEIVED MAY 02 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA