# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

CODY RAY LEVEKE,

**CIVIL NUMBER:  4:24-cv-00152-SHL-WPK**

Plaintiff(s),

v.                                                    **JUDGMENT IN A CIVIL CASE**

HEARST PROPERTIES, INC., and
JOHN DOES 2-10,

Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED:

Defendants' Motion to Dismiss is granted. Judgment is entered in favor of Defendants and against Plaintiff.

Date: January 17, 2025

CLERK, U.S. DISTRICT COURT

/s/  M. Mast
_____

By: Deputy Clerk