# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-1236

_____

Cody Ray Leveke

Plaintiff - Appellant

v.

Hearst Properties, Inc.; John Does 1-10

Defendants - Appellees

Hearst Television Inc.; KCCI-TV

Defendants

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00152-SHL)

---

## JUDGMENT

Before SMITH, SHEPHERD and GRASZ, Circuit Judges.

Appellant's motion to strike the appeal is granted. The case is dismissed in accordance with Rule 42(b), Federal Rules of Appellate Procedure. Mandate shall issue forthwith.

The motion for extraordinary relief is denied.

February 27, 2025

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
            /s/ Maureen W. Gornik