# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1236

Cody Ray Leveke

Appellant

v.

Hearst Properties, Inc. and John Does 1-10

Appellees

Hearst Television Inc. and KCCI-TV

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00152-SHL)

---

**ORDER**

The motion to recall the mandate and reopen the appeal is denied.

May 28, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Susan E. Bindler