# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 14, 2026

Cody Ray Leveke
FCI LEAVENWORTH
19440-030
P.O. Box 1000
Leavenworth, KS  66048-0000

RE:  25-2138  Cody Leveke v. Hearst Properties, Inc., et al

Dear Cody Leveke:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Susan E. Bindler
Clerk of Court

DAK

Enclosure(s)

cc:     Nathaniel Scott Boyer
        Andrea Butler
        Clerk, U.S. District Court, Southern Iowa
        Susan Patricia Elgin

District Court/Agency Case Number(s):   4:24-cv-00152-SHL