# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-2138

Cody Ray Leveke

Appellant

v.

Hearst Properties, Inc. and John Does, 1-10

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00152-SHL)

---

## ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

March 9, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler