# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 25-2138

Cody Ray Leveke

Appellant

v.

Hearst Properties, Inc. and John Does, 1-10

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00152-SHL)

---

## MANDATE

In accordance with the opinion and judgment of January 14, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 19, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit